Michael E. McCarthy (SBN 301010)
mccarthyme@gtlaw.com
Layal Bishara (SBN 329154)
bisharal@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Defendant
JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | **'23CV2106 LAB BGS**<br><br>CASE NO. 3:23-cv-99999<br><br>**DEFENDANT JPMORGAN CHASE & CO.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2** |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, Defendant JPMorgan Chase & Co., by its undersigned counsel, states as follows:

Defendant JPMorgan Chase & Co. ("JPMC") is a publicly held corporation. JPMC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMC.

# NOTICE OF PARTIES WITH FINANCIAL INTEREST

In addition to the parties and entities set forth above, pursuant to Local Rule 40.2, JPMC, by its undersigned counsel, certifies the following additional parties may have a financial interest in the outcome of this case:

1. Plaintiff Joseph N. Mullis
2. BlackRock, Inc., a publicly held corporation, has reported that it beneficially owns more than 5% of the stock of JPMC.

Dated: November 16, 2023

GREENBERG TRAURIG, LLP

By: /s/Michael E. McCarthy
Michael E. McCarthy
Layal Bishara
Attorneys for Defendant
JPMORGAN CHASE & CO.