UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE & CO.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 23-cv-2106-LAB-BGS<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT [Dkt. 3]** |

On November 17, 2023, Plaintiff Joseph N. Mullis and Defendant J.P. Morgan Chase & Co. ("JPMC") filed a joint motion to extend the time for JPMC to respond to the Complaint. (Dkt. 3). JPMC's counsel was recently engaged and needs time to investigation the allegations and engage in early resolution. (*Id.* at 2). For good cause shown, the Court **GRANTS** the extension request. JPMC must answer or otherwise respond to the Complaint by **January 5, 2024**.

**IT IS SO ORDERED**.

Dated: November 21, 2023

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge