**NICHOLAS & TOMASEVIC, LLP**
Shaun Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: smarkley@nicholaslaw.org

Attorneys for Plaintiff,
JOSEPH N. MULLIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | Case No.: 3:23-cv-02106-LAB-BGS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF ATTORNEY SHAUN MARKLEY** |
| J.P. MORGAN CHASE & CO., a Delaware corporation; and DOES 1 to 20, inclusive, | **Judge**: Hon. Larry Alan Burns<br>**Magistrate**: Hon. Bernard G. Skomal |
| Defendants. | **Action Removed**: 11/16/2023 |

TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the appearance of Shaun Markley of Nicholas & Tomasevic, LLP, as attorney for Plaintiff Joseph N. Mullis. All further notices and other material relevant to this action should be directed to and served upon:

SHAUN MARKLEY (Bar No. 291785)
smarkley@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496

Respectfully submitted:

DATED:  February 7, 2024                                  **NICHOLAS & TOMASEVIC, LLP**

                                                By:    */s/ Shaun Markley*
                                                        Shaun Markley

                                                        Attorneys for Plaintiff,
                                                        JOSEPH N. MULLIS

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system on February 7, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those that are indicated as non-registered participants, if any.

By:    */s/ Shaun Markley*
             Shaun Markley