# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH N. MULLIS, an individual,　　　Plaintiff,

v.

J.P. MORGAN CHASE & CO., a Delaware corporation; et al.,　　　Defendant.

Case No. 3:23-cv-02106-LAB-BGS

## PRO HAC VICE APPLICATION

Joseph N. Mullis
Party Represented

I, **Kevin P. Potere** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Skiermont Derby LLP
Street address: 1601 Elm Street, Suite 4400
City, State, ZIP: Dallas, Texas 75201
Phone number: (214) 978-6600
Email: kpotere@skiermontderby.com

That on 07/15/2016 (Date) I was admitted to practice before Texas Supreme Court (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case: Joseph N. Mullis v. J.P. Morgan Chase & Co., et al.
Case Number: 3:23-cv-02106-LAB-BGS　　　Date of Application: 01/11/2024
Application: ☐ Granted　　☒ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Shaun Markley (SBN 291785)　　　　　　　(619) 325-0492
(Name)　　　　　　　　　　　　　　　　　(Telephone)

Nicholas & Tomasevic, LLP
(Firm)

225 Broadway, 19th Floor, San Diego, CA 92101
(Street)　　　　　　　　　　　　　　　　　(City)　　　　(Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)