Michael E. McCarthy (SBN 301010)
mccarthyme@gtlaw.com
Layal L. Bishara (SBN 329154)
bisharal@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800

Attorneys for Defendants
JPMORGAN CHASE & CO. and RICK SMITH

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-02106-LAB-BGS<br><br>Assigned to Hon. Larry Alan Burns, Courtroom 14A<br><br>**JOINT MOTION BY ALL PARTIES TO: (1) CONTINUE HEARING AND SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR REMAND; AND (2) SET UNIFORM DEADLINE FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 7.2, 12.1)**<br><br>First Amended Complaint Filed: January 26, 2024 |

Plaintiff Joseph N. Mullis ("Plaintiff") and Defendants JPMorgan Chase & Co. ("JPMC"), Rick Smith, Neology, Inc. ("Neology"), Francisco Martinez De Velasco, and Avery Dennison Corp. ("Avery") (collectively, "Defendants") (all parties together, the "Parties"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Southern District of California Civil Local Rules 7.2(b) and 12.1, jointly stipulate and move for an order to (1) continue the hearing and set a briefing schedule on Plaintiff's Motion for Remand (Dkt. 15), and (2) set a uniform deadline for all Defendants to answer, move, or otherwise plead in response to the First Amended Complaint ("FAC") in this action. In support of this stipulated motion, the Parties state as follows:

1. Plaintiff filed this action in the Superior Court of the State of California for the County of San Diego on October 13, 2023. (Dkt. 1 at Exh. A.)

2. JPMC removed this case to this Court on November 16, 2023. (Dkt. 1.)

3. JPMC filed a motion to compel arbitration and, in the alternative, a motion to dismiss the Complaint on January 5, 2024, noticing both motions for hearing on March 11, 2024. (Dkts. 5, 6.)

4. In response to JPMC's motions, Plaintiff filed the FAC on January 26, 2024. (Dkt. 9.)

5. The FAC added 4 new Defendants (for a total of 5 Defendants) and 14 new causes of action (for a total of 18 causes of action).

6. Greenberg Traurig, on behalf of Mr. Smith, an employee of JPMC, agreed to waive service of summons in exchange for Plaintiff's agreement, subject to the Court's approval, that JPMC and Mr. Smith would have a uniform deadline of April 1, 2024, to respond to the FAC, consistent with Federal Rule of Civil Procedure 4(d)(3).

7. On February 2, 2024, Plaintiff, JPMC, and Mr. Smith filed a joint motion requesting that JPMC and Mr. Smith's deadline to respond to the FAC be consolidated and set for April 1, 2024. (Dkt. 13.) The Court granted the joint motion on February 5, 2024. (Dkt. 16.)

8. On February 2, 2024, Plaintiff also filed a motion to remand this action to

state court ("Remand Motion") and noticed the Remand Motion for hearing before this Court on March 11, 2024, at 11:30 a.m. (Dkt. 15.)

9. Based on the March 11, 2024, hearing date and pursuant to L.R. 7.1(e)(2)-(3), opposition to the Remand Motion is currently due on February 26, 2024, and reply is currently due on March 4, 2024.

10. Newly named Defendants Neology, Mr. Velasco, and Avery were all recently served with the FAC, learning about this action for the first time. Counsel for each of these Defendants was just retained a few days ago.

11. Avery's response to the FAC is currently due on February 20, 2024, Neology's response is currently due on February 20, 2024, and Mr. Velasco's response (after waiving service) is currently due on April 15, 2024.

12. To streamline law and motion practice and promote efficiency, Defendants intend to submit a joint opposition to the Remand Motion. They also intend to coordinate on responses to the FAC, including if applicable, to file their responses jointly. Because counsel for Neology, Mr. Velasco, and Avery were only recently retained, these efforts have just commenced.

13. To facilitate Defendants' joint opposition to the Remand Motion and coordinated responses to the FAC, the Parties have agreed, subject to the Court's approval, to (1) continue the hearing on Plaintiff's Remand Motion to April 1, 2024 (or any later date available for the Court), (2) set a briefing schedule on the Remand Motion, with Opposition due on March 11, 2024 and Reply due on March 25, 2024, and (3) set a uniform deadline for Defendants' responses to the FAC on April 30, 2024.

14. There is good cause for the Court to grant this joint motion because it will promote judicial economy by consolidating and coordinating Defendants' responses to the Remand Motion and the FAC. The extension of time also will allow the new Defendants and their counsel to get up to speed and engage in joint efforts to make these proceedings more streamlined, organized, and efficient for all involved. Further, it is in the interests of judicial economy for the Court to hear the Remand Motion, which is jurisdictional, before

1  all Defendants submit their responses to the FAC.

2      15.   This is the first requested extension to continue the hearing on the Remand Motion; the first requested extension to continue Mr. Smith, Avery, Neology, and Mr. Velasco's deadlines to respond to the FAC; and the second requested extension to continue JPMC's deadline to respond to the FAC, as to promote uniformity. The extensions would not alter any deadlines in any scheduling order issued by the Court.

    16.   This joint motion is filed in good faith and not for dilatory or other improper purposes. Plaintiff will not suffer any prejudice if the Court grants the joint motion, and Plaintiff has consented to the requested relief.

WHEREFORE, the Parties jointly request that the Court enter an Order:

(1) Continuing the hearing on Plaintiff's Remand Motion to April 1, 2024, or any later date available for the Court;

(2) Setting a briefing schedule on the Remand Motion, with Opposition due on March 11, 2024 and Reply due on March 25, 2024; and

(3) Setting a uniform deadline for all Defendants' responses to the FAC on April 30, 2024.

(4) This joint motion is without prejudice to any rights, defenses, or claims of the Parties with respect to the FAC, the Remand Motion, or any other matter.

Dated: February 16, 2024        GREENBERG TAURIG, LLP

                                        By: */s/ Layal L. Bishara*
                                             Michael E. McCarthy
                                             Layal L. Bishara
                                             Attorneys for Defendants
                                             JPMORGAN CHASE & CO. and RICK SMITH

| | | |
|---|---|---|
| 1 | Dated: February 16, 2024 | GOODWIN PROCTER LLP |
| 2 | | |
| 3 | | By: */s/ Laura A. Stoll* |
| | | Laura A. Stoll (SBN 255023) |
| 4 | | **GOODWIN PROCTER LLP** |
| 5 | | 601 South Figueroa Street |
| | | Los Angeles, CA 90017 |
| 6 | | Tel: (213) 426-2625 |
| 7 | | Fax: (213) 289-7725 |
| | | LStoll@goodwinlaw.com |
| 8 | | |
| 9 | | Attorneys for Defendant |
| | | AVERY DENNISON CORP. |
| 10 | | |
| 11 | Dated: February 16, 2024 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| 12 | | |
| 13 | | By: */s/ Emil Petrossian* |
| | | Emil Petrossian (SBN 264222) |
| 14 | | **GLASER WEIL FINK HOWARD** |
| 15 | | **JORDAN & SHAPIRO LLP** |
| | | 600 West Broadway, Suite 1080 |
| 16 | | San Diego, CA 92101 |
| 17 | | Tel: (619) 765-4380 |
| | | EPetrossian@glaserweil.com |
| 18 | | |
| 19 | | Attorneys for Defendants |
| | | NEOLOGY, INC. and FRANCISCO |
| 20 | | MARTINEZ DE VELASCO |

Dated: February 16, 2024

SKIERMONT DERBY LLP

By: /s/ Kevin P. Potere
    Kevin P. Potere (*Pro Hac Vice*)
    kpotere@skiermontderby.com
**SKIERMONT DERBY LLP**
1601 Elm St., Suite 4400
Dallas, Texas 75201
Tel: (214) 978-6600
Fax: (214) 978-6601

PAUL B. DERBY (SBN 211352)
pderby@skiermontderby.com
JOHN E. LORD (SBN 216111)
jlord@skiermontderby.com
MANE SARDARYAN (SBN 287201)
msardaryan@skiermontderby.com
**SKIERMONT DERBY LLP**
633 West Fifth Street, Suite 5800
Los Angeles, California 90071
Tel: (213) 788-4500
Fax: (213) 788-4545

Attorneys for Plaintiff
JOSEPH N. MULLIS

I, Layal L. Bishara, certify that the content of this JOINT MOTION BY ALL PARTIES TO: (1) CONTINUE HEARING AND SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR REMAND; AND (2) SET UNIFORM DEADLINE FOR ALL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 7.2, 12.1) is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: February 16, 2024                GREENBERG TRAURIG, LLP

                                        By: /s/ Layal L. Bishara
                                            Layal L. Bishara
                                            Attorneys for Defendants
                                            JPMORGAN CHASE & CO. and RICK SMITH