| | |
|---|---|
| 1 | LAURA A. STOLL (SBN 255023) |
| 2 | *LStoll@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 3 | 601 South Figueroa Street<br>Suite 4100 |
| 4 | Los Angeles, California  90017<br>Tel.: +1 213 426 2500 |
| 5 | Fax: +1 213 623 1673 |
| 6 | ARIEL E. ROGERS (SBN 316910)<br>*ARogers@goodwinlaw.com* |
| 7 | **GOODWIN PROCTER LLP**<br>601 Marshall Street |
| 8 | Redwood City, California  94063<br>Tel.: +1 650 752 3100 |
| 9 | Fax: +1 650 649 2387 |
| 10 | Attorneys for Defendant |
| 11 | Avery Dennison Corp. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual,; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>                    Defendant. | Case No. 3:23-cv-02106-LAB-BGS<br><br>**DEFENDANT AVERY DENNISON CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2**<br><br>Action Filed in State Court: October 13, 2023<br>Action Removed: November 16, 2023<br><br>Hearing Date: March 11, 2024<br>Hearing Time: 11:30 a.m.<br>Courtroom: 14A (14th Flr) |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, Defendant Avery Dennison Corporation ("Avery Dennison"), by its undersigned counsel, states as follows:

Avery Dennison is a publicly traded company, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

# NOTICE OF PARTIES WITH FINANCIAL INTEREST

In addition to the parties and entities set forth above, pursuant to Local Rule 40.2, Avery Dennison, by its undersigned counsel, certifies the following additional parties may have a financial interest in the outcome of this case:

1. Plaintiff Joseph N. Mullis

Dated: February 20, 2024  GOODWIN PROCTER LLP

By: */s/ Laura A. Stoll*
Laura A. Stoll
*LStoll@goodwinlaw.com*
Ariel E. Rogers
*ARogers@goodwinlaw.com*

*Attorneys for Defendant*
*Avery Dennison Corp.*

1

DEFENDANT AVERY DENNISON CORPORATION'S CORPORATE  3:23-cv-02106-LAB-BGS
DISCLOSURE STATEMENT & NOTICE OF PARTIES WITH FINANCIAL INTEREST