EMIL PETROSSIAN (State Bar No. 264222)
  epetrossian@glaserweil.com
ALEXANDER R. MILLER (State Bar No. 294474)
  amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 1080
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC. and FRANCISCO MARTINEZ DE
VELASCO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>        Defendants. | CASE NO. 3:23-cv-02106-LAB-BGS<br><br>Assigned to Hon. Larry Alan Burns, Courtroom 14A<br><br>**NOTICE OF APPEARANCE OF EMIL PETROSSIAN FOR AND ON BEHALF OF DEFENDANTS NEOLOGY, INC. AND FRANCISCO MARTINEZ DE VELASCO**<br><br>Action Filed:   October 13, 2023<br>FAC Filed:     January 26, 2024 |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Emil Petrossian of the firm Glaser Weil Fink Howard Jordan & Shapiro LLP, as counsel of record for and on behalf of defendants Neology, Inc. and Francisco Martinez de Velasco in the above-captioned action.  Neology, Inc. and Mr. Martinez de Velasco respectfully request that all pleadings and other documents be addressed to and served upon their counsel as follows:

> Emil Petrossian
> GLASER WEIL FINK HOWARD
> JORDAN & SHAPIRO LLP
> 600 W. Broadway, Suite 1080
> San Diego, California 92101
> Telephone:  (619) 765-4380
> Facsimile:  (619) 483-0646
> epetrossian@glaserweil.com
> amiller@glaserweil.com

Respectfully submitted,

Dated: March 11, 2024

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
Emil Petrossian
Alexander R. Miller

By: _____ */s/ Emil Petrossian* _____
Emil Petrossian
*Attorneys for Defendants*
NEOLOGY, INC. and FRANCISCO
MARTINEZ DE VELASCO

2