# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH N. MULLIS, an individual,  **Plaintiff,**

v.

J.P. MORGAN CHASE & CO., et al.  **Defendant.**

Case No. 3:23-cv-02106-LAB-BGS

## PRO HAC VICE APPLICATION

Neology, Inc. and Francisco Martinez de Velasco
Party Represented

I, __Robert Haney Jr.__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

- My firm name: Foley Hoag LLP
- Street address: 1301 Avenue of the Americas
- City, State, ZIP: New York, NY 10019
- Phone number: (212) 812-0400
- Email: rhaney@foleyhoag.com

That on __1/24/1984__ (Date) I was admitted to practice before __New York State Courts__ (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [ ] have [X] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: [ ] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Robert P. Haney_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Emil A. Petrossian (Name)   (619) 765-4380 (Telephone)

Glaser Weil Fink Howard Jordan & Shapiro LLP (Firm)

600 W. Broadway, Suite 1080 (Street)   San Diego, CA (City)   92101 (Zip code)

_/s/ Robert P. Haney_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ E.P._
(Signature of Designee Attorney)