| | |
|---|---|
| 1 | Robert Haney Jr. – *Admitted Pro Hac Vice* |
| 2 | FOLEY HOAG LLP<br>1301 Avenue of the Americas |
| 3 | New York, NY 10019<br>Tel: (212) 812-0400 |
| 4 | RHaney@foleyhoag.com |
| 5 | Leah S. Rizkallah – *Admitted Pro Hac Vice* |
| 6 | FOLEY HOAG LLP<br>155 Seaport Boulevard |
| 7 | Boston, MA 02210<br>Tel: (617) 832-1000 |
| 8 | LRizkallah@foleyhoag.com |
| 9 | *Attorneys for Defendants* |
| 10 | NEOLOGY, INC. and<br>FRANCISCO MARTINEZ DE VELASCO |
| 11 | *Additional Counsel on Signature Page* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:23-cv-02106-JO-BGS<br><br>Assigned to Hon. Jinsook Ohta, Courtroom 4C<br><br>**DEFENDANT NEOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO CIV. L.R. 40.2**<br><br>Action Filed:　October 13, 2023<br>FAC Filed:　　January 26, 2024 |

2391580.1

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant Neology, Inc. states that it is a wholly-owned subsidiary of Neology Parent, Inc. and that there is no publicly held corporation which owns 10% or more of its stock.

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2, Defendants Neology, Inc., and Francisco Martinez de Velasco certify that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Joseph N. Mullis
- J.P. Morgan Chase & Co.
- Rick Smith
- Neology, Inc.
- Neology Parent, Inc.
- Francisco Martinez de Velasco
- Avery Dennison Corp.

Dated: March 22, 2024

Respectfully Submitted,

FOLEY HOAG LLP

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: /s/ Emil Petrossian
  Robert Haney Jr. – *Admitted Pro Hac Vice*
  FOLEY HOAG LLP
  1301 Avenue of the Americas
  New York, NY 10019
  Tel: (212) 812-0400
  RHaney@foleyhoag.com

Leah S. Rizkallah – *Admitted Pro Hac Vice*
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
LRizkallah@foleyhoag.com

Emil Petrossian – SBN 264222
Alexander R. Miller – SBN 294474
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 West Broadway, Suite 1080
San Diego, CA 92101
Tel: (619) 765-4380
EPetrossian@glaserweil.com
AMiller@glaserweil.com

*Attorneys for Defendants*
NEOLOGY, INC. and FRANCISCO
MARTINEZ DE VELASCO