FILED

APR 22 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02106-BEN-BGS<br><br>Assigned to Hon. Roger T. Benitez, Courtroom 5A<br><br>**ORDER GRANTING JOINT MOTION BY ALL PARTIES TO (1) CONTINUE DEFENDANTS' DEADLINE TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO FIRST AMENDED COMPLAINT; AND (2) SET PAGE LIMITS FOR RESPONSES (L.R. 7.2, 12.1)**<br><br>[ECF No. 39] |

On April 18, 2024, the parties filed a Joint Motion to Continue Defendants' Deadline to Respond to the Complaint and Set Pages Limits. ECF No. 39 (the "Joint Motion"). Having considered the Joint Motion and good cause appearing, the Court **GRANTS** the Joint Motion.

It is hereby **ORDERED** that:

(1) All Defendants' deadline to answer, move, or otherwise plead in response to Plaintiff's First Amended Complaint ("FAC") is continued to May 30, 2024; and

(2) The page limits for briefing on Defendants' coordinated responses to the FAC shall be as follows:

<u>Defendants' Joint Motion to Compel Arbitration (MTCA)</u>
    a) Opening memorandum: 20 page limit
    b) Opposition memorandum: 20 page limit
    c) Reply memorandum: 10 page limit

<u>Defendants' Joint Motion to Dismiss (in the alternative to the MTCA, and to include all Rule 12(b) arguments Defendants assert collectively)</u>
    a) Opening memorandum: 20 page limit
    b) Opposition memorandum: 20 page limit
    c) Reply memorandum: 10 page limit

<u>Any Separate Individual Motion(s) to Dismiss (in the alternative to the MTCA, and to include any other Rule 12(b) arguments any Defendant asserts on its own behalf)</u>
    a) Opening memorandum: 10 page limit
    b) Opposition memorandum: 10 page limit
    c) Reply memorandum: 5 page limit

Dated: April 19, 2024

Hon. Roger T. Benitez
UNITED STATES DISTRICT JUDGE