GLASER WEIL FINK HOWARD JORDAN
   & SHAPIRO LLP
Emil Petrossian (CA SBN 264222)
epetrossian@glaserweil.com
Alexander R. Miller (CA SBN 294474)
amiller@glaserweil.com
600 West Broadway, Suite 2150
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC. and
FRANCISCO MARTINEZ DE VELASCO

*Additional Defendants and Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | Case No. 3:23-cv-02106-BEN-DTF |
| Plaintiff, | Hon. Roger T. Benitez<br>Courtroom 5A |
| vs. | **DEFENDANTS' OMNIBUS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive, | Date Removed: Nov. 16, 2023<br>Trial Date: None Set<br><br>Hearing Date: July 29, 2024<br>Hearing Time: 10:30 a.m. |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Defendants JPMorgan Chase & Co. ("JPMC"), Rick Smith, Neology, Inc., Francisco Martinez de Velasco, and Avery Dennison Corp. ("Avery Dennison") (collectively, "Defendants") will and hereby do move the Court for an order dismissing Plaintiff Joseph N. Mullis's First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(b)(6). This Motion is made in the alternative and subject to and without waiving Defendants' Motion to Compel Arbitration filed on May 30, 2024. (ECF 42.) Thus, the Court need not reach the merits of this Motion if it compels arbitration.

Plaintiff's FAC fails to state a claim for which relief may be granted. Fed. R. Civ. P. 12(b)(6). Defendants move for dismissal on the following grounds:

(1) All of Plaintiff's claims are time-barred. The entire FAC should be dismissed on this basis.

(2) All of Plaintiff's claims sound in fraud but are not pled with particularity, as required by Federal Rule of Civil Procedure 9(b). Even under Rule 8, the FAC is conclusory and fails to allege a plausible claim. The entire FAC should be dismissed on this additional basis.

(3) Plaintiff's fraud and deceit claims (including those for fraud, fraudulent misrepresentation, fraudulent inducement, fraudulent concealment, negligent misrepresentation and constructive fraud) also fail because he does not allege facts showing that he justifiably relied on any alleged misrepresentation or omission or how he suffered damages as a result. For this reason, Counts 7, 11, 13, 15, 17 and 18 of the FAC should be dismissed.

(4) Plaintiff's concealment-based claims (including those for fraud, fraudulent inducement, fraudulent concealment and constructive fraud) also fail because he has not pleaded facts showing that Defendants owed him a duty to disclose. For this additional reason, Counts 7, 13, 15 and 18 of the FAC should be dismissed.

(5) Plaintiff's aiding and abetting claims also fail because he alleges no facts showing any Defendants' actual knowledge or substantial assistance concerning any alleged wrongdoing. For this additional reason, Counts 5, 8, 10, 12, 14 and 16 of the FAC should be dismissed.

(6) Plaintiff's claims for violation of California Penal Code § 496 and conversion also fail because he has not adequately alleged that Defendants converted, stole or aided in stealing any property belonging to him. For this reason, Counts 3-5 of the FAC should be dismissed.

(7) Plaintiff's claim for violation of California's Unfair Competition Law (the "UCL") fails because compensatory and punitive damages are unavailable under the UCL, yet those are the sole remedies Plaintiff seeks in his UCL claim. In addition, Plaintiff has not pleaded that legal remedies are inadequate. For these reasons, Count 1 of the FAC should be dismissed.

(8) Plaintiff's claim for unjust enrichment also fails because he has not pleaded that legal remedies are inadequate. In addition, Plaintiff alleges no facts to support a quasi-contract remedy of unjust enrichment. For these reasons, Count 2 of the FAC should be dismissed.

(9) Plaintiff's negligence claim fails because he pleads no facts supporting the existence of a legal duty owed by Defendants to Plaintiff. The claim also is barred by the economic loss rule. For these reasons, Count 6 of the FAC should be dismissed.

Because Plaintiff's claims are time-barred on their face and fail for the additional reasons specified above, and because Plaintiff has already amended once after JPMC's initial motion to dismiss but failed to cure these defects, Defendants respectfully request that the FAC be dismissed without leave to amend.

This Motion is filed pursuant to the Court's Order dated April 22, 2024. (*See* ECF No. 40.) This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and filings in this matter, all matters of

which this Court may take judicial notice, and upon such other materials or argument as may be presented to the Court at or before the hearing on this Motion.

               Respectfully submitted,

Dated: May 30, 2024      GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

               FOLEY HOAG LLP

               By: */s/ Emil Petrossian*
                 Emil Petrossian
                 Alexander R. Miller
                 GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
                 600 West Broadway, Suite 2150
                 San Diego, CA 92101
                 Tel: (619) 765-4380
                 EPetrossian@glaserweil.com
                 AMiller@glaserweil.com

               Robert Haney, Jr. (Admitted *Pro Hac Vice*, NY Bar No. 221450)
               FOLEY HOAG LLP
               1301 Avenue of the Americas
               New York, NY 10019
               Tel: (212) 812-0399
               rhaney@foleyhoag.com

               Leah Rizkallah (Admitted *Pro Hac Vice*, MA Bar No. 696949)
               FOLEY HOAG LLP
               155 Seaport Boulevard
               Boston, MA 02210
               Tel: (617) 832-1000
               lrizkallah@foleyhoag.com
               *Attorneys for Defendants*
               NEOLOGY, INC. and
               FRANCISCO MARTINEZ DE VELASCO

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 30, 2024 | GREENBERG TRAURIG, LLP |
| 3 | | By: */s/ Michael E. McCarthy* |
| 4 | | Michael E. McCarthy |
| | | Layal L. Bishara |
| 5 | | 1840 Century Park East, Suite 1900 |
| 6 | | Los Angeles, CA 90067 |
| | | Tel: (310) 586-7807 |
| 7 | | Fax: (310) 586-7800 |
| 8 | | mccarthyme@gtlaw.com |
| | | bisharal@gtlaw.com |
| 9 | | *Attorneys for Defendants* |
| 10 | | JPMORGAN CHASE & CO. |
| | | and RICK SMITH |
| 11 | | |
| 12 | Dated: May 30, 2024 | GOODWIN PROCTER LLP |
| 13 | | By: */s/ Laura A. Stoll* |
| 14 | | Laura A. Stoll (SBN 255023) |
| | | GOODWIN PROCTER LLP |
| 15 | | 601 South Figueroa Street |
| 16 | | Los Angeles, CA 90017 |
| | | Tel: (213) 426-2625 |
| 17 | | Fax: (213) 289-7725 |
| 18 | | LStoll@goodwinlaw.com |
| 19 | | |
| | | Ariel E. Rogers (SBN 316910) |
| 20 | | GOODWIN PROCTER LLP |
| 21 | | 601 Marshall Street |
| | | Redwood City, CA 94063 |
| 22 | | Tel: (650) 752-3321 |
| 23 | | Fax: (650) 649-2387 |
| | | ARogers@goodwinlaw.com |
| 24 | | *Attorneys for Defendant* |
| 25 | | AVERY DENNISON CORPORATION |
| 26 | | |
| 27 | | |
| 28 | | |

I, Emil Petrossian, certify that the content of DEFENDANTS' OMNIBUS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: May 30, 2024

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

FOLEY HOAG LLP

By: */s/ Emil Petrossian*
    Emil Petrossian
    Alexander Miller
    Robert Haney, Jr. (admitted *pro hac vice*)
    Leah Rizkallah (admitted *pro hac vice*)
    *Attorneys for Defendants*
    NEOLOGY, INC. and FRANCISCO MARTINEZ DE VELASCO