GLASER WEIL FINK HOWARD JORDAN
    & SHAPIRO LLP
Emil Petrossian (CA SBN 264222)
epetrossian@glaserweil.com
Alexander R. Miller (CA SBN 294474)
amiller@glaserweil.com
600 West Broadway, Suite 2150
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC. and
FRANCISCO MARTINEZ DE VELASCO

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | Case No. 3:23-cv-02106-BEN-DTF |
| Plaintiff, | Hon. Roger T. Benitez<br>Courtroom 5A |
| vs. | |
| J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive, | **DEFENDANTS NEOLOGY, INC. AND FRANCISCO MARTINEZ DE VELASCO'S NOTICE OF MOTION AND SUPPLEMENTAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date Removed: November 16, 2023<br>Trial Date: None Set |
| Defendants. | Hearing Date: July 29, 2024<br>Hearing Time: 10:30 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Defendants Neology, Inc. and Francisco Martinez de Velasco (collectively, the "Neology Defendants") will and hereby do move the Court for an order dismissing Plaintiff Joseph N. Mullis's First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(b)(6). This Supplemental Motion is made in conjunction with Defendants' Omnibus Motion to Dismiss (ECF 43.) and pursuant to the Court's Order Granting Joint Motion By All Parties To (1) Continue Defendants' Deadline To Answer, Move, Or Otherwise Plead In Response To First Amended Complaint; And (2) Set Page Limits For Responses (ECF 40). Defendant's Omnibus Motion to Dismiss and this Supplemental Motion are made in the alternative and subject to and without waiving Defendants' Joint Motion to Compel Arbitration (ECF 42.). The Court need not reach the merits of Defendants' Omnibus Motion to Dismiss or this Supplemental Motion if it compels arbitration.

Plaintiff's FAC fails to state a claim for which relief may be granted. Fed. R. Civ. P. 12(b)(6). In furtherance of the grounds set forth in Defendants' Omnibus Motion to Dismiss, the Neology Defendants submit the claims against them should be dismissed because:

(1) All Plaintiff's claims sound in fraud but are not pled with particularity against the Neology Defendants, as required by Federal Rule of Civil Procedure 9(b). Even under Rule 8, the FAC is conclusory and fails to allege a plausible claim against the Neology Defendants.

(2) Plaintiff's concealment-based claims (including his claims for fraud (Count 7), fraudulent misrepresentation (Count 11), fraudulent inducement (Count 13), fraudulent concealment (Count 15), and constructive fraud (Count 18)), also fail because he does not plead facts showing the Neology Defendants owed him a duty to disclose.

(3) Plaintiff's negligence claim (Count 6) fails because he pleads no facts supporting the existence of a duty running from the Neology Defendants to Plaintiff.

Because Plaintiff has already amended his complaint after Defendant J.P. Morgan Chase's motion to dismiss and failed to cure the several defects identified, the Neology Defendants respectfully request that the FAC be dismissed without leave to amend. This Supplemental Motion is based on the accompanying Memorandum of Points and Authorities, all pleadings and filings in this matter, and upon such other materials as may be presented to the Court at or prior to the hearing on this Motion.

Dated: May 30, 2024

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

FOLEY HOAG LLP

By: /s/ Emil Petrossian
    Emil Petrossian
    Alexander R. Miller
    GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
    600 West Broadway, Suite 2150
    San Diego, CA 92101
    Tel: (619) 765-4380
    EPetrossian@glaserweil.com
    AMiller@glaserweil.com

    Robert Haney, Jr. (Admitted *Pro Hac Vice,* NY Bar No. 221450)
    FOLEY HOAG LLP
    1301 Avenue of the Americas
    New York, NY 10019
    Tel: (212) 812-0399
    rhaney@foleyhoag.com

    Leah Rizkallah (Admitted *Pro Hac Vice*, MA Bar No. 696949)
    FOLEY HOAG LLP
    155 Seaport Boulevard

|   |   |
|---|---|
| 1 | Boston, MA 02210 |
| 2 | Tel: (617) 832-1000 |
|   | lrizkallah@foleyhoag.com |
| 3 | *Attorneys for Defendants* |
| 4 | NEOLOGY, INC. and |
|   | FRANCISCO MARTINEZ DE |
| 5 | VELASCO |

5

Case No. 3:23-cv-02106-BEN-DTF