LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, Suite 4100
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

ARIEL E. ROGERS (SBN 316910)
ARogers@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 649 2387

Attorneys for Defendant
Avery Dennison Corp.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J.P. MORGAN CHASE & CO., a Delaware corporation; RICK SMITH, an individual; NEOLOGY, INC., a Delaware corporation; FRANCISCO MARTINEZ DE VELASCO, an individual,; AVERY DENNISON CORP., a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-02106-BEN-DTF<br><br>**DEFENDANT AVERY DENNISON CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action Filed in State Court: October 13, 2023<br>Action Removed: November 16, 2023<br><br>Date:　　　July 29, 2024<br>Time:　　　10:30 a.m.<br>Courtroom:　5A (5th Floor)<br>Judge:　　　Hon. Roger T. Benitez |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, Defendant Avery Dennison Corporation ("Avery Dennison") hereby moves the Court for an order dismissing Plaintiff Joseph N. Mullis's First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(b)(6) as it pertains to all claims against Avery Dennison.

Avery Dennison joins the arguments found in Defendants' Joint Motion to Dismiss (Dkt. No. 43), filed on May 30, 2024, and submits this individual Motion to Dismiss to address claims brought against Avery Dennison individually.[1]  Plaintiff does not plead adequate facts showing that Avery Dennison should be held liable for conversion (Fourth Cause of Action), breach of fiduciary duty (Ninth Cause of Action), and negligent misrepresentation (Seventeenth Cause of Action).  Relying on conclusory statements is not enough to withstand a motion to dismiss.

Avery Dennison respectfully requests that all claims brought against it within the FAC be dismissed without leave to amend.  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendants' Joint Motion to Dismiss, all pleadings and filings in this matter, and any other materials that may be before the Court at or prior to the hearing.

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to this Court's Order Granting Joint Motion by All Parties to (1) Continue Defendants' Deadline to Answer, Move, or Otherwise Plead in Response to the FAC; and (2) Set Page Limits for Responses, for the sake of efficiency and to avoid burdening the Court with repeat briefing, Avery Dennison does not repeat the arguments and facts presented in the Joint Motion.  *See* Dkt. No. 40.

| | | |
|---|---|---|
| 1 | Dated: May 30, 2024 | Respectfully submitted, |
| 2 | | **GOODWIN PROCTER LLP** |
| 4 | | By: */s/ Laura A. Stoll* |
| | | LAURA A. STOLL |
| 5 | | LStoll@goodwinlaw.com |
| | | ARIEL E. ROGERS |
| 6 | | ARogers@goodwinlaw.com |
| 7 | | *Attorneys for Defendant* |
| | | *Avery Dennison Corp.* |